```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GCube Insurance Services, Inc., individually and on behalf of Certain Underwriters at Lloyds London, Subscribing to Policy SO 174415602,

        Plaintiff,

    –v–

Neighborhood Power Corporation,

        Defendant.

20-cv-4912 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    On July 27, 2020, the Court ordered the Defendant to show cause why this action should not be remanded for lack of subject matter jurisdiction and why complete diversity exists among the parties. Dkt. No. 8. On August 4, 2020, the Defendant filed a letter conceding that the adverse parties in this case are not completely diverse; it also notified the Court that it seeks to voluntarily withdraw its Notice of Removal and that it consents to this matter being remanded to state court. Dkt. No. 10.

    Due to the lack of complete diversity, the Court finds that it has no subject matter jurisdiction over this action. *See Herrick Co. v. SCS Commc'ns, Inc.,* 251 F.3d 315, 322 (2d Cir. 2001) ("[D]iversity jurisdiction is available only when all adverse parties to a litigation are completely diverse in their citizenships."). Accordingly, the Clerk of Court is respectfully directed to REMAND this case to the New York Supreme Court, New York County and to close the case.

    SO ORDERED.

Dated: August 4, 2020
       New York, New York

                                                    ALISON J. NATHAN
                                        United States District Judge